**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **E. EDWARD ZIMMERMANN,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 26-CV-281** |

# ORDER

**AND NOW**, this 26th day of August, 2026, upon consideration of the U.S. Department of Health and Human Services' ("the Government's) motion to dismiss and to designate Plaintiff a vexatious litigant pursuant to 28 U.S.C. § 1651 (Doc. No. 18), Plaintiff's responses in opposition (Doc. No. 19, 21, 22), and for the reasons discussed in the accompanying memorandum, is it **ORDERED** that the motion is **GRANTED.** It is further **ORDERED** as follows:

1. Plaintiff is **ENJOINED** from filing in this District any new case against the United States without prior leave of Court.

2. Plaintiff **MUST ATTACH** a copy of this Order to any new motion for leave to submit further filings in this case or any new case against the United States.

3. In any request by Plaintiff for leave to submit further filings in this matter or any new case he initiates in this District, he shall be required to first certify to the Court that the claims being presented do not concern the validity of federal laws or regulations and are unrelated to any prior claim Plaintiff has brought against the United States.

4. Upon a failure to attach a copy of this order or provide a certification in accordance with Paragraph 3 of this order, Plaintiff may be found in contempt of court.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.